No. 915. MUNCY ET VIR *v.* GENERAL MOTORS CORP. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Franklin Jones* for petitioners. *Leon Jaworski* and *Sam H. Hood* for respondent.

No. 1143. MADISON *v.* UNITED STATES. Ct. Cl. Motion to dispense with printing petition granted. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 1178. MUTH, ADMINISTRATRIX, ET AL. *v.* ATLASS ET AL. C. A. 7th Cir. Motion of respondents to use record in Nos. 709 and 733, October Term, 1965, granted. Certiorari denied. *G. Kent Yowell, Harold A. Liebenson* and *Edward G. Raszus* for petitioners. *Edward B. Hayes* for respondents.

No. 1081, Misc. AH CHIU PANG *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied. *Gerald I. Roth* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 1345, Misc. ENGLISH *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. Petitioner *pro se*. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.

No. 1380, Misc. PETERSON *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1382, Misc. BODDIE *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.